In the Matter of the Estate of FRANK B. STEELE, Deceased.

RUTH K. STEELE, as Executrix of FRANK B. STEELE, Deceased, Appellant; FRANK M. TAIT, Respondent.

Argued October 21, 1942; decided December 3, 1942.

*R. G. Dunmore, Jr.,* for appellant.

*Francisco Penberthy* and *Milton D. Nelson* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J.